# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 229TH JUDICIAL DISTRICT COURT OF DUVAL COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 25, 2015, the cause upon appeal to revise or reverse your judgment between

Peter Barton, Appellant

V.

Ana Lisa Garza, Appellee

No. 04-14-00207-CV and Tr. Ct. No. DC-12-308

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Ana Lisa Garza recover her costs of this appeal from Appellant Peter Barton.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on June 3, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00207-CV

**Peter Barton**

**v.**

**Ana Lisa Garza**

(NO. DC-12-308 IN 229TH JUDICIAL DISTRICT COURT OF DUVAL COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| REPORTER'S RECORD | $578.00 | PAID | HECTOR GONZALEZ, PLAINTIFF'S ATTORNEY |
| MOTION FEE | $10.00 | E-PAID | HECTOR GONZALEZ |
| MOTION FEE | $10.00 | E-PAID | HECTOR GONZALEZ |
| FILING | $100.00 | E-PAID | HECTOR GONZALEZ |
| INDIGENT | $25.00 | E-PAID | HECTOR GONZALEZ |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | HECTOR GONZALEZ |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | HECTOR GONZALEZ |
| MOTION FEE | $10.00 | E-PAID | DARRELL BARGER |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this June 3, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853